**Wendell WOLFE, Respondent,**

v.

**Tiffany D'ARCY, Appellant,**

**Nicholas Eugene McCoy, Respondent.**

**WD 79300**

Missouri Court of Appeals,
Western District.

ORDER FILED: November 22, 2016

Gary M. Steinman, Gladstone, MO, Attorney for Respondent, Wendell Wolfe,

Rebecca M. Martin, Kansas City, MO, Attorney for Appellant,

Nicholas Eugene McCoy, Kearney, MO, Respondent, pro se.

Before Division Two: Lisa White Hardwick, Presiding Judge, and Karen King Mitchell and Anthony Rex Gabbert, Judges

## Order

Per Curiam:

Tiffany D'Arcy (Wife) appeals from the trial court's judgment of dissolution of her marriage with Wendell Wolfe (Husband). She challenges the trial court's custody rulings, award of maintenance, and distri-

bution of the marital assets. We affirm. Rule 84.16(b).